IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

| | |
|---|---|
| RUSSELL GAITHER,<br><br>Plaintiff,<br><br>v.<br><br>MAGISTRATE JUDGE BRIAN K. EPPS; and<br>JUDGE DUDLEY H. BOWEN,<br><br>Defendants. | CIVIL ACTION NO.: 1:16-cv-103 |

## ORDER

After an independent and *de novo* review of the entire record, the undersigned concurs with the Magistrate Judge's Report and Recommendation, (doc. 11), to which Objections have been filed. The Court **OVERRULES** Plaintiff's Objections, (docs. 18, 19), and **ADOPTS** the Report and Recommendation as the opinion of the Court.

The Court **DISMISSES** Plaintiff's action, **DENIES AS MOOT** all pending motions, and **DENIES** Plaintiff leave to proceed *in forma pauperis* on appeal. The Court **AUTHORIZES** and **DIRECTS** the Clerk of Court to enter an appropriate Judgment of Dismissal.

**SO ORDERED**, this 25th day of October, 2016.

_____
HONORABLE J. RANDAL HALL
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA